# United States District Court

Eastern District of California

UNITED STATES OF AMERICA           CRIMINAL COMPLAINT

V.

AMMON J. McNEELY           CASE NUMBER:

I, Susan St. Vincent, acting legal officer, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Ammon J. McNEELY did:

**Count 1:** Did deliver or retrieve a person or object by parachute, helicopter, or other airborne means, in violation of 36 Code of Federal Regulations Section 2.17(a)(3)
**Maximum penalty:** Six months imprisonment and/or $5,000 fine

**Count 2:** Did interfere, threaten, resist, intimidate, or intentional interfere with a government employee or agent engaging in an official duty, or on account of the performance of an official duty, in violation of 36 Code of Federal Regulations Section 2.32 (a)(1).
**Maximum penalty:** Six months imprisonment and/or $5,000 fine

**Count 3:** Be present in a park area when under the influence of alcohol to a degree that may endanger oneself or another person, or damage park property or resources in violation of 36 Code of Federal Regulations Section 2.35(c).
**Maximum penalty:** Six months imprisonment and/or $5,000 fine

**Count 4:** Possession of a controlled substance (Marijuana) in violation of 36 Code of Federal Regulations, Section 2.35(b)(2).
**Maximum penalty:** Six months imprisonment and/or $5,000 fine

**Count 5:** Violate the superintendent's food storage conditions, food was stored in the interior of a vehicle between sunset and sundown, in an area where food storage lockers were available, in violation of 36 Code of Federal Regulations, Section 2.10(d).
**Maximum penalty:** Six months imprisonment and/or $5,000 fine

Continued on the attached sheet and made a part hereof:     X Yes ☐ No
Speedy trial applies:     ☐ Yes X No

The United States hereby provides notice that it will be seeking the forfeiture of the following item(s) pursuant to Federal Rules of Criminal Procedure 32.2:

1. Parachute
2. Base Rig
3. Winged Suit
4. Parachute Pack

I further state that I am the acting legal officer and that this complaint is based on the following facts supplied to me by National Park Service Law Enforcement Rangers:

On Thursday, August 19, 2010 at approximately 2000 hours in Yosemite National Park, in the special maritime and territorial jurisdiction of the United States, Ranger Stark received a radio transmission from off-duty Law Enforcement Ranger Ray Drutis of a single individual flying overhead with a parachute and landing in El Captain Meadow.

Drutis was standing in the meadow with friends at dusk when he saw the male subject, later identified as Ammon J. MCNEELY. Rangers Fletcher Ogg and Matthew Stark responded to El Capitan Meadow and were walking a a footpath on the far eastern side of the El Capitan Meadow when they saw a male and a female walking towards them. The male, McNEELY, was wearing a large black backpack and holding a glass bottle of beer. McNEELY looked at the Rangers, and quickly turned and ran away from them. Ranger Ogg started to run after McNEELY and attempted to contact him. Ranger Stark briefly addressed the female, telling her to stop and wait. She did not comply with directions and fled the area.

Ranger Ogg called out to McNEELY "stop police" and repeatedly yelled "stop or I'm going to tase you" as he chased after McNEELY through a wooded area adjacent to the Merced River. Ranger Ogg caught up to McNeely and grabbed the top of McNEELY'S backpack. McNEELY continued to actively resist, and after a brief scuffle Ranger Ogg fired his duty issued Taser, incapacitating McNEELY. Ranger Ogg, assisted by Ranger Stark placed McNEELY in handcuffs. McNEELY was advised of his Miranda Rights. McNEELY stated that he did BASE jump off El Capitan landing in the meadow. He stated that he knew it was illegal in Yosemite National Park.

After being placed in handcuffs and arrested for 36 CFR 2.17(a)(3) Aircraft and air delivery Ranger Stark searched McNeely and found a green and blue parachute with a "winged suite," climbing harness, two churched Nature Light beer cans and two mechanical ascenders.

During Ranger Stark's contact with McNEELY he could smell the strong odor of an alcoholic beverage on his breath and person. McNEELY stated that he had consumed two to three beers over the past few hours prior to BASE jumping off El Capitan. McNEELY provide a voluntary field breath sample which indicated a 0.130% BrAC.

Continued on the attached sheet and made a part hereof:   X Yes ☐ No
Speedy trial applies:                                      ☐ Yes X No

After McNEELY was processed into the Yosemite Jail he was approached by Range Ogg and Stark and asked if he would talk with them. McNEELY agreed and was moved from his holding cell to an adjacent interview room. McNEELY was again advised of his Miranda Rights and he signed a waiver prior to answering any questions. During the interview of McNEELY he stated that he had planned to jump off El Capitan prior to his arrival to Yosemite National Park.

McNEELY stated he had made the jump twice before several years early. He ascended/climbed EL Capitan utilizing the fixed ropes up the east ledges decent route of El Capitan and walked over to an area called the diving board. From the diving board he jumped off El Capitan with a flight time of 30 seconds or more, landing in the El Capitan Meadow where his girlfriend was waiting.

McNEELY further stated he made the jump using a "winged suit," which allowed for a prolonged "drop" or "flight time" before the deployment of a parachute. He pre-arranged with his girlfriend to meet in the El Cap Meadow at approximately 2030 hours to pick him up.

At approximately 2225 hours Ranger Jennifer Kulp was still on patrol on El Captain Cross where she observed a green Jeep Cherokee, with a cooler inside the vehicle. Yosemite dispatch center informed Ranger Kulp that the registered owner of the vehicle was McNEELY. Ranger Kulp requested a tow for a food storage violation.

During the vehicle inventory Ranger Kulp found 26.6 grams of marijuana inside a plastic baggie that was inside a plastic Tupperware container. The Tupperware was located behind the Cherokee's passenger seat. Ranger Stark found a glass pipe and a plastic baggie with 0.2 grams of marijuana under the front passenger's seat.

I declare under penalty of perjury that the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

Executed on: 8/30/10
Date

Susan St. Vincent
Acting Legal Officer
Yosemite National Park
California

Sworn to before me and subscribed in my presence this 30th day of August, 2010, at Yosemite National Park, California.

Honorable Michael J Seng
U.S. Magistrate Judge
Eastern District of California