DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AMMON McNEELY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 6:10-mj-00150 MJS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | ) ) | Date: November 17, 2010 |
| AMMON McNEELY, | ) ) | Time: 10:00 a.m. Judge: Hon. Michael J. Seng |
| Defendant. | ) ) ) | |

    IT IS HEREBY STIPULATED by and between SUSAN ST. VINCENT, Acting Legal Officer for the National Park Service, and Defendant, AMMON McNEELY, and his attorney of record, JEREMY S. KROGER, that the Status Conference in the above-captioned matter currently scheduled for October 19, 2010, be continued until November 17, 2010, at 10:00 a.m.

    This continuance is requested to allow time for further defense investigation and negotiations.

///
///
///
///
///
///
///

| | | |
|---|---|---|
| DATED: October 18, 2010 | | By: /s/ Susan St. James |
| | | SUSAN ST. JAMES |

DANIEL J. BRODERICK
Federal Defender

DATED: October 18, 2010        By: /s/ Jeremy S. Kroger
                               JEREMY S. KROGER
                               Assistant Federal Defender
                               Attorney for Defendant
                               AMMON McNEELY

* * * ORDER * * *

The Court, having reviewed the above request for a continuance of the October 19, 2010 status conference until November 17, 2010, HEREBY ORDERS AS FOLLOWS:

1) The status conference in the matter of *U.S. v. Ammon McNeely*, shall be continued to November 17, 2010, at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated:   October 20, 2010            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

McNeely - Stipulation to Continue
Status Conference and Order                    2